1

**Emmitt SMITH, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Seventh Circuit. November 19, 1925.)

No. 3542.

In Error to the District Court of the United States for the Southern District of Illinois, Northern Division.

I. R. Wasson, of Peoria, Ill., for plaintiff.

Gertrude Warner, of Peoria, Ill., for the United States.

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PER CURIAM. The various assignments of error presented by this writ are all determined by the opinion in McCarren v. United States, 8 F.(2d) 113, decided by this court October 29, 1925, and need not be again considered.

The judgment is modified, by striking therefrom the fine of $1 imposed upon defendant by virtue of his conviction on count No. 3 of the indictment. In all other respects the judgment is affirmed.

2

**John S. SORENSON and T. S. B. Nielsen, Copartners Trading under the Firm Name and Style of Sorenson & Nielsen, Appellants, v. BELTS WHARF WAREHOUSE, Inc., Curtis Bay Towing Company, and Monarch Stevedore Company, Appellees.**

**J. ARON & COMPANY, Inc., on Behalf of Itself and of Its Automobile Insurance Company, Intervening Petitioner, Appellant, v. BELTS WHARF WAREHOUSE, Inc., Curtis Bay Towing Company and Monarch Stevedore Company, Appellees.**

(Circuit Court of Appeals, Fourth Circuit. January 15, 1926.)

Nos. 2405, 2406.

Appeals from the District Court of the United States for the District of Maryland, at Baltimore.

Frank B. Ober and Stuart S. Janney, both of Baltimore, Md. (Janney, Ober, Slingluff & Williams, of Baltimore, Md., and Bigham, Englar & Jones, of New York City, on the brief), for appellants.

L. Vernon Miller and Frank Gosnell, both of Baltimore, Md. (Marbury, Gosnell & Williams, of Baltimore, Md., on the brief), for appellees.

Before ROSE and PARKER, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. These appeals bring up for review no questions of law. They turn upon matters of fact, or upon what are the inferences properly to be drawn from facts admitted or supposed to be proved. We have examined the record, and are satisfied with the conclusion below.

Affirmed.

3

**Prince Line, Limited, Libelant Appellee, v. Steam Tug TRANSFER NO. 20, and Lighter N. Y., N. H. & H. R. R. Co., No. 45, Their Engines, Tackle, etc.; New York, New Haven & Hartford Railroad Company, Claimant Appellant.**

(Circuit Court of Appeals. Second Circuit. December 21, 1925.)

No. 138.

Appeal from the District Court of the United States for the Southern District of New York.

Barry, Wainwright, Thacher & Symmers, of New York City (Earle Farwell, of New York City, of counsel), for appellant.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Frank A. Bernero, of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (9 F.[2d] 638) affirmed.

4

**In the Matter of Louis TROSTEN, Bankrupt. Meyer Gordon, Petitioner.**

(Circuit Court of Appeals. Second Circuit. January 13, 1926.)

No. 270.

Petition to Revise Order of the District Court of the United States for the Eastern District of New York.

Charles L. Fleece, of New York City, for petitioner.

Arthur W. Graef, of New York City, for respondent.

Before ROGERS, HOUGH, and MACK, Circuit Judges.

PER CURIAM. Petition dismissed in open court.